# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Neil Zlozower,<br><br>           Plaintiff,<br><br>   v.<br><br>Women.com, Inc. d/b/a<br>Women.com Associates, Inc.,<br><br>           Defendant. | Case No. 2:22-cv-03856-JLS-JC<br><br>**FINAL JUDGMENT** |

# JUDGMENT

Having granted Plaintiff Neil Zlozower's ("Plaintiff") Motion for Default Judgment (Doc. 20), the Court HEREBY ENTERS JUDGMENT in Plaintiff's favor against Defendant Women.com, Inc. d/b/a Women.com Associates, Inc. ("Defendant" or "Women.com"). The Court awards Plaintiff:

- Statutory damages in the amount of $36,000.00;
- Costs in the amount of $492.00; and
- Attorneys' fees in the amount of $2,760.00.

IT IS SO ORDERED.

DATED:  March 22, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE